①

In The United States District Court
In The Middle District Court for the United States

RECEIVED
2022 APR 18 P 1:02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Timothy Paul Smith, prose. complaint.
Plaintiff.                    civil Action no:
vs..                          2:22-CV-00181-WHA-CSC
Alabama Dept. of Corrections.
Commissioner. Mr. Jefferey Dunn.
COI. officer Mr. Quentin D. Jackson.
Warden of Elmore Corr. Facility.
Mr. Capt. McKeay or McKeey.    (Jury Trial Demand.)
                                please - or settle
                                        Reasonable

Complaint for Negligence and Physical
Abuse. Mental Abuse. Pain and
Suffering. discrimination, deliberate-Indiff-
                                          -erence.
(Pain and Suffering) Lost "2" two-front bottom teeth.

I, Timothy Paul Smith, do declare and State under oath by the full penalty of perjury, that I have written all facts and matters here in this complaint are all honest true and correct. that I mailed a copy of the (Exhibit-1) approximately on October 7th, 2021. to this Federal Court for the Middle District of Alabama. Where the incident did occur in the Jurisdiction of this specific District and Region, Which is the Elmore Correctional facility/Center. 3520 Marion Spillway Rd. Elmore Corr. Fac. in Elmore, AL 36025.

(P. 1 of 7)

Affidavit / Complaint. by Timothy Smith.

On December 18th, 2021. at approximately 4:30 pm. at Elmore Correctional facility. I, was attacked again by unknown inmates, as I exited the dinning hall, one inmate sneaked off, the other I aggressively fought all the way across the basketball Court up to the dorm building of B-2. officer Johnson, emptied his pepper spray on me, into my mouth, ears, nose and eyes, the inmates who attacked me, only one was caught, did not get sprayed, I feel that my life is in the utmost and serious risk of danger or death. In May 2021. and June 2021. I was attacked by gang members, as all the attacks have been by gang members, there are officers in the gang as well, an investigation by a true, honest individual person who is not related or affilliated or connected would show honestly the facts I state are honest and true, the Security Cameras will have surely recorded all the attacks, the body charts which are mandatory were not done on all of the incidents. however. prior to the December 18th, 2021. attack and the August 13th, 2021. attack. there have been approximately a half dozen attacks on me, most recorded by either A.D.O.C. security, or Medical department at Staton Correctional facility, where Elmore Corr. Facility inmates go for medical attention, Elmore Corr. Facility

( P. 2 of 7 )

1st original mailed 10-2021
2nd mailing
(sent)

(Exhibit # 1) Stated Under Oath. prepared on 8-16-2021.
Page # 1 of 2.
by Timothy Paul Smith

Timothy Paul Smith
"Affidavit and Statement in Complaint"

I, Timothy Paul Smith, filing Pro-se, do file this complaint on November 22nd, 2021. That I do state under oath by the full penalty of perjury, that all matters stated here in are all honest, true and correct, I have been attacked several times by other inmates and the last assault was the instant specific incident that modivated and inspired me to file alledging that my State and Federal U.S. Constitutional Rights have been violated under the 8th Amendment, for Cruel and unusuall punishment, lack or denial of protection and security, and discrimination, this incident involves an Alabama Dept. of Corrections c.o.I. officer Mr. Quentin D. Jackson, and inmate Christopher White, on the day of Friday, August 13th, 2021, at approximately at or around 7:30 am and 9:00 am. I was attacked and assaulted by inmate Christopher White, at my bed, B-2-97 A. the inmate sneak punched me in the temple, nose, and mouth, cracked my ribs, I lost my two bottom teeth, While all of this was transpiring the above named officer, stood approximately 15 feet away in a stand still, he watched me as the attack went on for approximately 2 to 3 minutes, he just watched me get beat on, he refused to help, stop it, and refused to do his duty of his job description,

(3 of 7)    (3 of 7)

(Page 2 of 2) Exhibit #1

④ OF 7

after it was over, I told him that I am very sure that (one #1) of the 4-four Security Cameras in the ceiling recorded you as you simply stood and watched me get knocked out, down and you refused to give me due process of the law, equal protection in and of the law, and my teeth fell out, I heard a gang member tell him to (Stand down police) and he complied. I file this as a denial and deprivation of my U.S. Constitutional Rights under the 5th, 8th and 14th Amendments. I went to the shift office, explained the situation to Sgt. Presley and another female Sgt. and they told the officer Quentin Jackson to write us up both for fighting, I was angry and stated please review the Security Cameras, I was not fighting, I was attacked, they wrote me a disciplinary for fighting without a weapon, however, at the disciplinary hearing the officer who wrote the disciplinary stated to the hearing officer he never seen me raise a hand or foot and fight with inmate C. White, he stated he seen and witnessed inmate C. White punching, Kicking and elbowing me in the face, head, back and Ribs and mouth, over and over, punching me as hard as he could, approximately 7 to 12 times, the security cameras can and will verify this statement.

(4 of 7)      p.4 of 7

#2
## Affidavit and Statement
### for Complaint. by the Victim.

⑤ OF 7

Plaintiff: Timothy Paul Smith.

The plaintiff, Timothy Paul Smith, AIS #212317. age 51. D.O.B. ■■-70. an inmate serving a 25 year sentence for Escape 1. without force. has been attacked and assaulted over a dozen times at Elmore Correctional Facility between the date and years of September 2016. and September 2021. the majority have been documented and recorded, some were caught on Video, some were not, however on approximately August 13th 2021. While in bed in dorm B-2 97A an inmate attacked me, Christopher White, I was attacked and two bottom teeth were knocked out. I seen the CO1 officer standing there watching the entire episode transpire. his name is officer Quentin D. Jackson. the cameras had to of seen this entire incident which happend at approximately between 8:00 Am and 9:00 Am. Friday 8-13-2021. he just stood there watching as I was attacked. on December 18th, 2021. one of his partners attacked me as I exited the dinning chow hall durring the last meal, at approximately 4:00 and 5:00 pm. he started on me by sneaking me from behind and punching me several times in the back of the head.

Page 5 of 7

#2

## Affidavit / Statement of Facts.

The plaintiff has been living in total chaos, noise, violence, attacked, assaulted, jumped on while sleeping in my assigned rack on several occassions, isolated individual incidents several times each year, the dormitory has (two) seperate dorms that are petitioned by block walls. each has been designed to house 50 inmates has been lately housing approximately 200 men inmates packed in each side, there are only one officer for security on A-1 side with approximately 200 men. A-2 as well, one officer and 200. B-1 is the exact same, B-2 and C-1 and C-2 are the exact identical condition. The Gangs are left to function all matters in the blocks. It is dangerous, investigating the records and documents and security tape from Cameras will support the facts of the abuse, pain and suffering, attacks and assaults, his bottom teeth (two) Knocked out while attacked in bed on August 13th, 2021. B-2 97A, Elmore Corr. Fac. still have teeth as evidence. the defendant will only stop this suit if the Correctional Officer will admit by statement and signed under oath what he witnessed, what he heard and why he just stood there watching and when a gang leader ordered you to stand down, you complied and witnessed the assault and attack, the deliberate indifference to my welfare and safety, denied security, Violated Civil Rights, pain and suffering, disfigurement of my two teeth, no medical, no dentist, cruel and unusuall punishment, lack of safe reasonable security.

(P. 6 of 7)


## Conclusion of Complaint

The Plaintiff claims that the defendant who is a Ala. D.O.C officer Mr. Quentin D. Jackson was deficient of his duties, defectively incompetent, negligent and deliberately Indifference to safety of inmates and he will be witnessed standing 25 feet from where I was laying in bed and repeatedly stomped, kicked, punched and kneed. Gang members told him to stand down and don't help the cracker. There was witnesses and about 4 - four Security Cameras that seen and recorded this Attack and several of the other Attacks are what steered me to seek relief. I am not a perfect man, but I dont deserve to be beat on by several inmates, and then try in vain to cover it up, by writting me a disciplinary for fighting. Which was dismissed, I know not the other inmate who participated. With that being said.

I pray that a settlement will be a clear indication that this was illegal, violated A.D.O.C. policy, state laws, U.S. Const. Rights.

Will negotiate and settle or Trial.

### Certificate of Service

I certify I have mailed the original and with pre postage paid to the Middle Federal U.S. District Federal Court on one Church St. Montgomery, Ala on Feb. 27th, 2022.

Timothy Smith

U.S. Federal Middle Dist.
Please mail to. U.S. Federal Dist. Court
for the Middle District
one Church St.
Montgomery, Ala. 36104

RICHMOND VA

15 APR 2022 PM 5

FOREVER / USA   FOREVER / USA

U.S. Federal Dist Court for
the Middle District
One Church St.
Montgomery, Ala
36104

36104-401801